UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LIBERTY MUTUAL INSURANCE CO.,

       Plaintiff,                                Case No. 16-cv-10423

v.                                              Honorable Thomas L. Ludington

DEVERE CONSTRUCTION CO., INC., et al.,

       Defendants.

_____/

**ORDER GRANTING MOTION FOR CLARIFICATION AND AMENDING
APRIL 14, 2016 ORDER**

On March 14, 2016, Plaintiff Liberty Mutual Insurance Company filed a motion for a preliminary injunction. The motion was granted in part on April 14, 2016. Defendants seek clarification of certain portions of that order. First, they want to clarify that the injunction on "selling, transferring, disposing, or liening their assets and property" excepts payments of expenses in the ordinary course. Second, they want to clarify the production date for the materials Plaintiff was directed to produce. Defendants' motion to clarify will be granted.

Accordingly, it is **ORDERED** that Defendants' Motion for Clarification, ECF No. 42, is **GRANTED**.

It is further **ORDERED** that the April 14, 2016 Order granting in part Plaintiff's motion for a preliminary injunction, ECF No. 41, is **AMENDED** as follows:

> The second order line should read: "It is further **ORDERED** that Defendants are **ENJOINED** and **RESTRAINED** from selling, transferring, disposing, or liening their assets and property, and from allowing their assets and property to be liened, except for transfers in the ordinary course of business, until further order of this Court."

- 2 -

All production ordered in the April 14, 2016 Order shall be completed by April 25, 2016, even if otherwise directed in a shorter period in the April 14, 2016 Order.

Dated: April 22, 2016                        s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 22, 2016.

                              s/Amanda Chubb for Michael A. Sian
                              MICHAEL A. SIAN